UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ALEXANDER CARTWRIGHT,
MICHAEL JOHNSON, NANCY
MYERS, AND TOSHA DUPRAS,

       Defendants/Appellants,

v.

CHARLES NEGY,

       Plaintiff/Appellee.

_____/

Appeal No.: 25-11929
District Ct. No.: 6:23-cv-00666-CEM-DCI

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to 11th Cir. R. 26.1-1(a), Defendants/Appellants, Alexander Cartwright, Michael Johnson, Nancy Myers, and Tosha Dupras, provide the following list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, and other identifiable legal entities related to a party. There are no subsidiaries, conglomerates, affiliates, parent corporations, or any publicly held corporation that own 10% or more of a party's stock as there are no corporate parties to this action.

    1.    Allen Harris Law—Attorneys for Plaintiff/Appellee;

    2.    Barry, Richard L.—Attorney for Defendants/Appellants;

    3.    Butler, S. Kent—Defendant;

4. Cartwright, Alexander—Defendant/Appellant;

5. Dupras, Tosha—Defendant/Appellant;

6. Engel, Joshua A.—Attorney for Plaintiff/Appellee;

7. Engel & Martin, LLC—Attorneys for Plaintiff/Appellee;

8. Goldstein Law Partners, LLC – Attorneys for Plaintiff/Appellee;

9. GrayRobinson, P.A.—Attorneys for Defendants/Appellants;

10. Harris, Samantha—Attorney for Plaintiff/Appellee;

11. Hatcher-Bolin, Kristie—Attorney for Defendants/Appellants;

12. Irick, Daniel C. – United States Magistrate Judge, Middle District of Florida, Orlando Division;

13. Johnson, Michael—Defendant/Appellant;

14. Katz, Katherine W.—Attorney for Defendants/Appellants;

15. Lauten, Jr., Frederick James – Mediator;

16. Mendoza, Carlos E.—United States District Judge, Middle District of Florida, Orlando Division;

17. Myers, Nancy—Defendant/Appellant;

18. Negy, Charles—Plaintiff/Appellee;

19. Osborne, David R.—Attorney for Plaintiff/Appellee;

20. Spradley, Susan T.—Former Attorney for Defendants/Appellants;

21. The University of Central Florida Board of Trustees—Defendant;

22. Zolty, Julie M.—Attorney for Defendants/Appellants;

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was electronically filed on June 20, 2025 using the ECF system which will automatically transmit a copy to:

Charles Negy
c/o David R. Osborne, Esq.
Goldstein Law Partners, LLC
200 School Alley, Suite 5
Green Lane, PA 18054
dosborne@goldsteinlp.com

Co-counsel for Charles Negy
c/o Joshua Engel, Esq.
Engel & Martin, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
engel@engelandmartin.com
*Counsel for Plaintiff/Appellee*

/s/ *Richard L. Barry*
**RICHARD L. BARRY, ESQ.**
Florida Bar No. 360650
Richard.Barry@gray-robinson.com
Lead Trial Counsel
**KATHERINE W. KATZ, ESQ.**
Florida Bar No. 1022526
Katherine.Katz@gray-robinson.com
**JULIE M. ZOLTY**
Florida Bar No.: 1036454
Julie.Zolty@gray-robinson.com
**GRAY ROBINSON, P.A.**
Post Office Box 3068
Orlando, Florida 32802-3068
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

/s/ *Kristie Hatcher-Bolin*
**KRISTIE HATCHER-BOLIN**
Florida Bar No. 521388
Kristie.Hatcher-bolin@gray-robinson.com
**GRAY ROBINSON, P.A.**
Post Office Box 3
Lakeland, Florida 33802-0003
Telephone: (863) 284-2251
Facsimile: (863) 683-7462
*Counsel for Defendants/Appellants*