Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

Please TYPE.   Attach additional pages if necessary.

11th Circuit Docket Number: 25-11929

| Caption: | |
|---|---|
| Alexander Cartwright, Michael Johnson, Nancy Myers, and Tosha Dupras, | District and Division: Middle District of Florida (Orlando) |
| | Name of Judge: Honorable Carlos E. Mendoza |
| | Nature of Suit: 42:1983 Civil Rights Act |
| Defendants/Appellants, | Date Complaint Filed: 4/12/2023 |
| | District Court Docket Number: 6:23-cv-00666-CEM-DCI |
| v. | Date Notice of Appeal Filed: 6/9/2025 |
| | ☐ Cross Appeal  ☐ Class Action |
| Charles Negy, | Has this matter previously been before this court? |
| | ☐ Yes  ☑ No |
| Plaintiff/Appellee. | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Richard L. Barry<br>Katherine W. Katz<br>Julie M. Zolty | Gray Robinson, P.A.<br>P.O. Box 3068<br>Orlando, FL 32802 | T: 407-843-8880<br>F: 407-244-5690<br>E: richard.barry@gray-robinson.com;<br>katherine.katz@gray-robinson.com; julie.zolty@gray-robinson.com; kristie.hatcher-bolin@gray-robinson.com |
| | Kristie Hatcher-Bolin | P.O. Box 3<br>Lakeland, FL 33802 | |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Samantha Harris | Samantha Harris, Allen Harris PLLC, P.O. Box 673, Narberth, PA 19072 | T: 610-634-8258<br>F:<br>E: sharris@allenharrislaw.com |
| | David R. Osborne | Goldstein Law Partners, LLC, 200 School Alley, Ste. 5, Green Lane, PA 18054 | T: 610-949-0444<br>F: 215-257-1910<br>E: dosborne@goldsteinlp.com |
| | Joshua Engel | Engel & Martin, LLC<br>4660 Duke Drive, Ste. 101<br>Mason, OH 45040 | T: 513-445-9600<br>F:<br>E: engel@engelandmartin.com |

Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☐ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $ unspecified |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $ 0.00 |
| ☐ US Plaintiff | | ☑ Summary Judgment | |
| ☐ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded: $ 0.00 |
| | ☑ Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | to _____ |
| | | ☐ Judgment/Directed Verdict/NOV | Injunctions:<br>☐ TRO<br>☐ Preliminary ☐ Granted<br>☐ Permanent ☐ Denied |
| | ☐ Final Agency Action (Review) | ☐ Injunction | |
| | ☐ 54(b) | ☐ Other _____ | |

Page 2                                                                 11th Circuit Docket Number: 25-11929

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

    If Yes, provide
    (a) Case Name/Statute _____
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit? ☐ Yes ☑ No
    (b) Among circuits? ☐ Yes ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Whether the District Court erred in denying Defendants/Appellants' summary judgment motion based on qualified immunity on Appellee's claim under 42 U.S.C. §1983 for First Amendment retaliation.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 20th DAY OF JUNE, 2025.

KRISTIE HATCHER-BOLIN
NAME OF COUNSEL (Print)                                SIGNATURE OF COUNSEL