UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**CHARLES NEGY,**

    **PLAINTIFF-APPELLEE,**

**V.**
                              **NO. 25-11929**

**ALEXANDER CARTWRIGHT, ET AL.**

    **DEFENDANTS-APPELLANTS.**

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to 11th Cir. R. 26.1, Appellee Charles Negy respectfully provides the following list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, and other identifiable legal entities related to a party.

1. Allen Harris Law, Attorneys for Plaintiff/Appellee;
2. Barry, Richard L. Attorney for Defendants/Appellants;
3. Butler, S. Kent, Defendant;
4. Cartwright, Alexander, Defendant/Appellant;
5. Dupras, Tosha, Defendant/Appellant;
6. Engel, Joshua A., Attorney for Plaintiff/Appellee;
7. Engel & Martin, LLC, Attorneys for Plaintiff/Appellee;
8. Goldstein Law Partners, LLC, Attorneys for Plaintiff/Appellee;
9. GrayRobinson, P.A., Attorneys for Defendants/Appellants;
10. Harris, Samantha, Attorney for Plaintiff/Appellee;

*Negy v. Cartwright, et al.,* Case No. 25-11929

11. Hatcher-Bolin, Kristie, Attorney for Defendants/Appellants;

12. Irick, Daniel C., United States Magistrate Judge, Middle District of Florida;

13. Johnson, Michael, Defendant/Appellant;

14. Katz, Katherine W., Attorney for Defendants/Appellants;

15. Lauten, Jr., Frederick James, Mediator;

16. Mendoza, Carlos E., United States District Judge, Middle District of Florida;

17. Myers, Nancy, Defendant/Appellant;

18. Negy, Charles, Plaintiff/Appellee;

19. Osborne, David R., Attorney for Plaintiff/Appellee;

20. Spradley, Susan T., Former Attorney for Defendants/Appellants;

21. University of Central Florida Board of Trustees, Defendant; and

22. Zolty, Julie M., Attorney for Defendants/Appellants.


    /s/ Joshua Engel
JOSHUA A. ENGEL
Engel & Martin, LLC
4660 Duke Drive, Ste 101
Mason, OH  45040
Telephone: 513-445-9600
engel@engelandmartin.com

*Negy v. Cartwright, et al.,* Case No. 25-11929

## CERTIFICATE OF SERVICE

    This certifies that the foregoing was filed electronically on June 20, 2025.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                   <u>    /s/ Joshua Engel      </u>
                                   Joshua Adam Engel (Ohio No. 0075769)