In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11929

_____

CHARLES NEGY,

Plaintiff-Appellee,

*versus*

BOARD OF TRUSTEES OF THE UNIVERSITY
OF CENTRAL FLORIDA, et al.,

Defendants,

ALEXANDER CARTWRIGHT,
TOSHA DUPRAS,
MICHAEL JOHNSON,
NANCY MYERS,
individually and in their official capacities,

2                    Order of the Court                    25-11929

                                        Defendants-Appellants.

———————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:23-cv-00666-CEM-DCI

———————————————

ORDER:

        The motion for an extension of time to and including Sep-
tember 3, 2025, to file Appellants' initial brief is GRANTED, with
the appendix due 7 days after the filing of the brief.

                        /s/ Nancy G. Abudu
                        UNITED STATES CIRCUIT JUDGE