CASE NO. 25-11929-AA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ALEXANDER CARTWRIGHT, MICHAEL JOHNSON,
NANCY MYERS, AND TOSHA DUPRAS,
Defendants/Appellants,

v.

CHARLES NEGY,
Plaintiff/Appellee.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
District Court Case No. 6:23-CV-00666-CEM-DCI

APPELLANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLY BRIF
___

GRAYROBINSON, P.A.

| | |
|---|---|
| KRISTIE HATCHER-BOLIN, ESQ. | RICHARD L. BARRY, ESQ. |
| Florida Bar No.: 521388 | Florida Bar No. 360650 |
| One Lake Morton Drive | KATHERINE KATZ, ESQ. |
| Lakeland, Florida 33801 | Florida Bar No. 1022526 |
| (863) 284-2251 telephone | JULIE ZOLTY, ESQ. |
| (863) 683-7462 facsimile | Florida Bar No. 1036454 |
| | 301 East Pine Street, Suite 1400 |
| | Orlando, Florida 32801 |
| | (407) 843-8880 telephone |
| | (407) 244-5690 facsimile |

*Attorneys for Appellants Alexander Cartwright, Michael Johnson, Tosha Dupras, and Nancy Myers*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-1(a), Defendants/Appellants Alexander Cartwright, Michael Johnson, Tosha Dupras, and Nancy Myers provide the following list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, and other identifiable legal entities related to a party. There are no subsidiaries, conglomerates, affiliates, parent corporations, or any publicly held corporation that own 10% or more of a party's stock as there are no corporate parties to this action.

1. Allen Harris Law—Attorneys for Plaintiff/Appellee;

2. Barry, Richard L.—Attorney for Defendants/Appellants;

3. Butler, S. Kent—Defendant;

4. Cartwright, Alexander—Defendant/Appellant;

5. Dupras, Tosha—Defendant/Appellant;

6. Engel, Joshua A.—Attorney for Plaintiff/Appellee;

7. Engel & Martin, LLC—Attorneys for Plaintiff/Appellee;

8. Goldstein Law Partners, LLC—Attorneys for Plaintiff/Appellee;

9. GrayRobinson, P.A.—Attorneys for Defendants/Appellants;

10. Harris, Samantha—Attorney for Plaintiff/Appellee;

11. Hatcher-Bolin, Kristie—Attorney for Defendants/Appellants;

12. Irick, Daniel C. – United States Magistrate Judge, Middle District of Florida, Orlando Division;

13. Johnson, Michael—Defendant/Appellant;

14. Katz, Katherine W.—Attorney for Defendants/Appellants;

15. Lauten, Jr., Frederick James—Mediator;

16. Mendoza, Carlos E.—United States District Judge, Middle District of Florida, Orlando Division;

17. Myers, Nancy—Defendant/Appellant;

18. Negy, Charles—Plaintiff/Appellee;

19. Osborne, David R.—Attorney for Plaintiff/Appellee;

20. Spradley, Susan T.—Former Attorney for Defendants/Appellants;

21. The University of Central Florida Board of Trustees—Defendant;

22. Zimmerman, Jason—Former Attorney for Defendants/Appellants;

23. Zolty, Julie M.—Attorney for Defendants/Appellants.

## APPELLANTS' UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Appellants Alexander Cartwright, Tosha Dupras, Michael Johnson, and Nancy Myers, pursuant to 11th Cir. R. 31-2, respectfully request that the Court enter an order extending the time to file their Reply Brief for 30 days, through and including Thursday, January 15, 2026, and in support state:

1. Appellants' Reply brief is currently due Tuesday, December 16, 2025.

2. Counsel for Appellants respectfully request a 30-day extension of time to complete and file their reply brief due to ongoing medical treatments that have impacted one of their appellate attorneys, Kristie Hatcher-Bolin, as well as multiple deadlines counsel of record have, as set forth below, including but not limited to:

(a) preparation and filing of Pretrial Witness List Disclosure in *Crane Creek Landing Townhome Homeowners Association, Inc. v. Crane Creek Landings, LLC, et al*. Brevard County Case # 052024CA035726 (December 5, 2025);

(b) preparation and filing of Expert Witness Disclosure in *MQMF Lake House Orlando, LLC v. Finfrock Construction, LLC, et al.* Orange County Case No. 2024CA009998-O (December 8, 2025);

(c) preparation for and attendance at final hearing in *Reyes v. Florida A&M University*, Division of Administrative Hearings Case No. 25-5103 (December 10, 2025);

(b) preparation for and attendance at mediation in *Huber v. McDonald*, Fifth Judicial Circuit Case No. 2020-CA-0406 (December 11, 2025);

(c) preparation for and attendance at mediation in *Bachelier v. Florida Association of Healthy Start Coalitions, Inc.*, Case No. 5:25-cv-28-TKW-MJF (N.D. Fla.) (December 15, 2025);

(d) preparation for and attendance at hearing in *Bailey v. Broward County, et al.*, Broward County Case #22-001407 (December 18-19);

(e) preparation for and attendance at Pretrial Conferences in *Diaz v. Herring, et al.*, Hillsborough County Case #23-CA-007135 and *Boffeli v. Citizens Prop. Ins. Corp.*, Hillsborough County Case #2024-CA-006765 (January 7, 2026);

(f) preparation for and attendance at Pretrial Mediation in *Crane Creek Landing Townhome Homeowners Association, Inc. v. Crane Creek Landings, LLC, et al.,* Brevard County Case No 052024CA035726 (January 8, 2026);

(g) preparation and filing of Pretrial Witness List Disclosure, *MQMF Lake House Orlando, LLC v. Finfrock Construction, LLC, et al.,* Orange County, Case No. 2024-CA-009998-O (January 16, 2026);

3. Additionally, Kristie Hatcher-Bolin, who has been Appellants' counsel since the outset of the District Court case and is overseeing the briefing for Appellants, continues to undergo treatment, now on a weekly basis, for a significant medical condition, which has impacted her ability to timely prepare and finalize

drafts for Appellants' review before filing. Further, due to their positions as university administrators, some Appellants (Tosha Dupras and Nancy Myers) are traveling both for personal and work-related reasons during the upcoming winter break and would require additional time to review the drafts prepared.

4. This extension is sought in good faith and not to improperly delay this proceeding. Granting this request will not prejudice any party, and the undersigned has contacted Samantha Harris, Esquire, counsel for Appellee, Charles Negy, who graciously consented to the 30-day extension requested in this motion.

WHEREFORE, Appellants respectfully request the Court enter an order extending the time for Appellants to file their Reply Brief by 30 days, through and including Thursday, January 15, 2026.

### CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f): this document contains 528 words.

2. This document complies with the typeface and style requirements of Fed. R. App. P. 27(d)(1)(E) because: this document has been prepared in a proportionally spaced typeface in 14-point Times New Roman font.

*/s/ Kristie Hatcher-Bolin*
KRISTIE HATCHER-BOLIN
Florida Bar No. 521388

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was filed with the Clerk of Court using the CM/ECF system this 5th day of December 2025, which will serve a copy on all counsel of record listed below:

David R. Osborne, Esq.
Goldstein Law Partners, LLC
200 School Alley, Suite 5
Green Lane, PA 18054
dosborne@goldsteinlp.com

Joshua Engel, Esq.
Engel & Martin, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
engel@engelandmartin.com

Samantha Harris, Esq.
Allen Harris PLLC
P.O. Box 673
Narberth, PA 19072
sharris@allenharrislaw.com
*Counsel for Plaintiff/Appellee Charles Negy*

/s/ Richard L. Barry
**RICHARD L. BARRY, ESQ.**
Florida Bar No. 360650
Richard.Barry@gray-robinson.com
Lead Trial Counsel
**KATHERINE W. KATZ, ESQ.**
Florida Bar No. 1022526
Katherine.Katz@gray-robinson.com
**JULIE M. ZOLTY**
Florida Bar No.: 1036454
Julie.Zolty@gray-robinson.com
**GRAY ROBINSON, P.A.**
Post Office Box 3068
Orlando, Florida 32802-3068
Telephone: (407) 843-8880
Facsimile: (407) 244-5690

/s/ Kristie Hatcher-Bolin
**KRISTIE HATCHER-BOLIN**
Florida Bar No. 521388
Kristie.Hatcher-bolin@gray-robinson.com
**GRAY ROBINSON, P.A.**
Post Office Box 3
Lakeland, Florida 33802-0003
Telephone: (863) 284-2251
Facsimile: (863) 683-7462
*Counsel for Defendants/Appellants Cartwright, Dupras, Johnson, and Myers*

/57110/93#65444105