CASE NO. 25-11929-AA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ALEXANDER CARTWRIGHT, MICHAEL JOHNSON,
NANCY MYERS, AND TOSHA DUPRAS,
Defendants/Appellants,

v.

CHARLES NEGY,
Plaintiff/Appellee.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
District Court Case No. 6:23-CV-00666-CEM-DCI

UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR
APPELLANTS

        **GRAYROBINSON, P.A.**

        JULIE ZOLTY, ESQ.
        Florida Bar No. 1036454
        301 East Pine Street, Suite 1400
        Orlando, Florida 32801
        (407) 843-8880 telephone
        (407) 244-5690 facsimile

*Attorney for Appellants Alexander Cartwright, Michael Johnson, Tosha Dupras, and Nancy Myers*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-1(a), Defendants/Appellants Alexander Cartwright, Michael Johnson, Tosha Dupras, and Nancy Myers provide the following list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, and other identifiable legal entities related to a party. There are no subsidiaries, conglomerates, affiliates, parent corporations, or any publicly held corporation that own 10% or more of a party's stock as there are no corporate parties to this action.

1. Allen Harris Law—Attorneys for Plaintiff/Appellee;

2. Barry, Richard L.—Attorney for Defendants/Appellants;

3. Butler, S. Kent—Defendant;

4. Cartwright, Alexander—Defendant/Appellant;

5. Dupras, Tosha—Defendant/Appellant;

6. Engel, Joshua A.—Attorney for Plaintiff/Appellee;

7. Engel & Martin, LLC—Attorneys for Plaintiff/Appellee;

8. Goldstein Law Partners, LLC—Attorneys for Plaintiff/Appellee;

9. GrayRobinson, P.A.—Attorneys for Defendants/Appellants;

10. Harris, Samantha—Attorney for Plaintiff/Appellee;

11. Hatcher-Bolin, Kristie—Attorney for Defendants/Appellants;

12. Irick, Daniel C. – United States Magistrate Judge, Middle District of Florida, Orlando Division;

13. Johnson, Michael—Defendant/Appellant;

14. Katz, Katherine W.—Attorney for Defendants/Appellants;

15. Lauten, Jr., Frederick James—Mediator;

16. Mendoza, Carlos E.—United States District Judge, Middle District of Florida, Orlando Division;

17. Myers, Nancy—Defendant/Appellant;

18. Negy, Charles—Plaintiff/Appellee;

19. Osborne, David R.—Attorney for Plaintiff/Appellee;

20. Spradley, Susan T.—Former Attorney for Defendants/Appellants;

21. The University of Central Florida Board of Trustees—Defendant;

22. Zimmerman, Jason—Former Attorney for Defendants/Appellants;

23. Zolty, Julie M.—Attorney for Defendants/Appellants.

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR APPELLANTS

Pursuant to Eleventh Circuit Rules 27-1 and 46-10, Julie M. Zolty, respectfully requests that this Court grant her Motion to Withdraw and allow the undersigned counsel to withdraw as counsel in this matter for Defendants/Appellants, Alexander Cartwright, Michael Johnson, Nancy Myers, and Tosha Dupras ("Appellants"), and in support states:

1. Julie M. Zolty desires to withdraw as counsel of record in this matter for Appellants. There are no irreconcilable differences between movant and Appellants. The undersigned counsel's last day with GrayRobinson is December 31, 2025 and she has accepted a position at another organization.

2. Julie M. Zolty certifies that Appellants have no objection and consent to the withdrawal of the undersigned counsel.

3. No party will be prejudiced by the withdrawal, as Appellants continue to be represented in this matter by GrayRobinson, P.A.'s attorneys, Richard L. Barry (lead counsel), Kristie Hatcher-Bolin, and Katherine W. Katz.

**WHEREFORE**, Julie M. Zolty, respectfully requests that this Honorable Court enter an Order granting her withdrawal as counsel for Appellants and directing the Clerk of Court to remove Julie M. Zolty from the service list in this matter.

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f): this document contains 821 words.

2. This document complies with the typeface and style requirements of Fed. R. App. P. 27(d)(1)(E) because: this document has been prepared in a proportionally spaced typeface in 14-point Times New Roman font.

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was electronically filed on December 19, 2025 using the ECF system which will automatically transmit a copy to:

Charles Negy
c/o David R. Osborne, Esq.
Goldstein Law Partners, LLC
200 School Alley, Suite 5
Green Lane, PA 18054
dosborne@goldsteinlp.com

Co-counsel for Charles Negy
c/o Joshua Engel, Esq.
Engel & Martin, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
engel@engelandmartin.com
*Counsel for Plaintiff/Appellee*

**GRAY ROBINSON, P.A.**

*/s/ Julie M. Zolty*
JULIE M. ZOLTY
Florida Bar No.: 1036454
Julie.Zolty@gray-robinson.com
GRAY ROBINSON, P.A.
Post Office Box 3068
Orlando, Florida  32802-3068

Telephone: (407) 843-8880
Facsimile: (407) 244-5690
*Counsel for Defendants/Appellants Cartwright, Dupras, Johnson, and Myers*