**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                In Replying Give Number
Clerk                                                                                          Of Case and Names of Parties

February 24, 2026

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JUNE 22, 2026, IN MIAMI, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---------------------------------------------------------------------------------------------------------------------------
***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #19.***

| Case No. | Case Name |
|---|---|
| 25-14507 | United States v. Knight First Amendment Institute at Columbia University et al. (REVISED ARGUMENT DATE) |
| 25-10219 | Irfan Khan v. United States (REVISED ARGUMENT DATE) |
| 25-11698 | Colleen McGuigan v. Thomas Murray, et al. (REVISED ARGUMENT DATE) |
| 22-10089 | Rafael Cendan v. Jose Trujillo, et al. (REVISED ARGUMENT DATE) |
| 24-11349 | United States v. Abel Rizo (REVISED ARGUMENT DATE) |
| 14-15140 | United States v. Alvaro Tardon (Consolidated with 16-12218, United States v. The Collection Motor Sports of Madrid, et al., 20-13971, United States v. Miamark LLC, et al. and 21-11311, United States v. Miamark LLC, et al.) (REVISED ARGUMENT DATE) |
| 23-13425 | United States v. Silverio Henriquez, et al. (REVISED ARGUMENT DATE) |
| 24-13113 | United States v. Guerby Rene |
| 25-10870 | MedEnvios Healthcare, Inc. v. Secretary, U.S. Dept. of Health and Human Serv. |
| 25-10697 | Novo Nordisk Inc. v. Live Well Drugstore, LLC |
| 25-11929 | Charles Negy v. Alexander Cartwright, et al. |
| 23-11346 | United States v. Adrian Velasquez Figueroa, et al. |
| 24-14133 | United States v. Eduardo Portillo Aguilar |
| 25-11338 | Judson Pankey v. Aetna Life Insurance Company |
| 24-12443 | Jerry Jennings v. J.W. Cheatham LLC |
| 23-13906 | United States v. Douglas Chavez |