**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                      In Replying Give Number
Clerk                                                              Of Case and Names of Parties

May 29, 2026

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **SEPTEMBER 28, 2026, IN JACKSONVILLE, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.** *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

------------------------------------------------------------------------------------------------------------------------
*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #23.*

| | |
|---|---|
| 25-12553 | Libertarian Party of Georgia, Inc., et al. v. Attorney General, State of Georgia, et al. |
| 25-11929 | Charles Negy v. Alexander Cartwright, et al. (REVISED ARGUMENT DATE) |
| 25-14109 | Building Resilient Infrastructure & Developing Greater Equity, Inc. v. Consumer Financial Protection Bureau, et al. (REVISED ARGUMENT DATE) |
| 24-10553 | Colburn Kelly v. Cody Jett, et al. (REVISED ARGUMENT DATE) |
| 24-12604 | Derrel Thomas v. Matthew Beebe, et al. (REVISED ARGUMENT DATE) |
| 25-11319 | Edwin Silva v. Experian Information Solutions, Inc., et al. (REVISED ARGUMENT DATE) |
| 24-12809 | Ramnarine Boodoo v. Lifepoint Health Inc., et al. (REVISED ARGUMENT DATE) |
| 23-10624 | United States v. Isaac Enriquez Oyando, et al. |
| 24-14049 | United States v. Chadwick Lemaine |
| 25-11215 | United States v. Victor McMillar |
| 24-13790 | United States v. Richard Randolph |
| 24-14094 | United States v. Joshua Landers |
| 24-14034 | United States v. Andre Adams Jr. |
| 25-12396 | Marisol Andrade v. Collier County Sheriff, et al. |
| 25-13485 | Peter Parnell, et al. v. School Board of Escambia County, Florida |
| 25-10166 | Juan Hernandez-Landaverde v. U.S. Attorney General (REVISED ARGUMENT DATE) |