ENGEL & MARTIN, LLC

Joshua Engel, Partner
Jim Hardin, Partner
Scott O'Reilly, Of Counsel

September 21, 2026

**<u>Via CM/ECF</u>**
David. J. Smith
Clerk of Court
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

Re: 25-11929-W
*Charles Negy v. Alexander Cartwright, et al*

Dear Mr. Smith:

This correspondence is in response to the Notice of Supplemental Authority submitted by Appellants citing *Zorn v. Linton*, 607 U.S. 568 (2026) (*per curiam)*, and *Pernell v. Fla. Bd. of Governors*, 181 F.4th 1135 (11th Cir. 2026).

The *Zorn* decision does not modify the test for qualified immunity. The Court reiterated long-established principles that Government officials enjoy qualified immunity from suit unless their conduct violates clearly established law. 607 U.S. at 571-572. *Zorn* does not change this Court's prior holding that a plaintiff can show that a right is clearly established in one of three ways: (1) case law with indistinguishable facts; (2) a broad statement of principle within the Constitution, statute, or case law; or (3) conduct so egregious that a constitutional right was clearly violated, even in the total absence of case law. *See e.g. Cendan v. Badge,* 11th Cir. No. 22-10089, 2026 U.S. App. LEXIS 27335, at *7 (Sep. 4, 2026); *Taylor v. Bd. of Regents of the Univ. Sys. of Georgia*, 11th Cir. No. 25-11432, 2026 U.S. App. LEXIS 26753, at *8 (Sep. 1, 2026).

In *Pernell*, this Court emphasized that the State does not have the "power to ban unpopular ideas from public discourse in" universities, "the very places the State's own statutes recognize as centers of inquiry." 181 F.4th at 1144. *Pernell* supports Negy's argument on pages 51-53 of his brief that it is clearly established that professors at public universities retain First Amendment protections when engaged in core academic functions, such as teaching. While this Court observed that "the Supreme Court's discussions of the nature of academic freedom are murky at best," this Court observed that "the Supreme Court has been unsparing in its praise for academic freedom and in tying that value to the First Amendment" and that "these decisions are unequivocal in their

recognition that the First Amendment protects at least some core aspects of teaching and scholarship." 181 F.4th at 1153.

Sincerely,

Joshua Engel
Managing Partner