**CASE NO. 25-11929-AA**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

**ALEXANDER CARTWRIGHT, MICHAEL JOHNSON,**
**NANCY MYERS, AND TOSHA DUPRAS,**
**Defendants/Appellants,**

**v.**

**CHARLES NEGY,**
**Plaintiff/Appellee.**

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**District Court Case No. 6:23-CV-00666-CEM-DCI**

# UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR APPELLANTS

**GRAYROBINSON, P.A.**

**KATHERINE W. KATZ, ESQ.**
**Florida Bar No. 1022526**
**301 East Pine Street, Suite 1400**
**Orlando, Florida 32801**
**(407) 843-8880 telephone**
**(407) 244-5690 facsimile**

*Attorney for Appellants Alexander Cartwright, Michael Johnson, Tosha Dupras, and Nancy Myers*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-1(a), Defendants/Appellants Alexander Cartwright, Michael Johnson, Tosha Dupras, and Nancy Myers provide the following list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, and other identifiable legal entities related to a party. There are no subsidiaries, conglomerates, affiliates, parent corporations, or any publicly held corporation that own 10% or more of a party's stock as there are no corporate parties to this action.

1. Allen Harris Law—Attorneys for Plaintiff/Appellee;
2. Barry, Richard L.—Attorney for Defendants/Appellants;
3. Butler, S. Kent—Defendant;
4. Cartwright, Alexander—Defendant/Appellant;
5. Dupras, Tosha—Defendant/Appellant;
6. Engel, Joshua A.—Attorney for Plaintiff/Appellee;
7. Engel & Martin, LLC—Attorneys for Plaintiff/Appellee;
8. Goldstein Law Partners, LLC—Attorneys for Plaintiff/Appellee;
9. GrayRobinson, P.A.—Attorneys for Defendants/Appellants;
10. Harris, Samantha—Attorney for Plaintiff/Appellee;
11. Hatcher-Bolin, Kristie—Attorney for Defendants/Appellants;

12. Irick, Daniel C. – United States Magistrate Judge, Middle District of Florida, Orlando Division;

13. Johnson, Michael—Defendant/Appellant;

14. Katz, Katherine W.—Attorney for Defendants/Appellants;

15. Lauten, Jr., Frederick James—Mediator;

16. Mendoza, Carlos E.—United States District Judge, Middle District of Florida, Orlando Division;

17. Myers, Nancy—Defendant/Appellant;

18. Negy, Charles—Plaintiff/Appellee;

19. Osborne, David R.—Attorney for Plaintiff/Appellee;

20. Spradley, Susan T.—Former Attorney for Defendants/Appellants;

21. The University of Central Florida Board of Trustees—Defendant;

22. Zimmerman, Jason—Former Attorney for Defendants/Appellants;

23. Zolty, Julie M.—Former Attorney for Defendants/Appellants.

# UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR APPELLANTS

Pursuant to Eleventh Circuit Rules 27-1 and 46-10, Katherine W. Katz, respectfully requests that this Court grant this Motion to Withdraw and allow the undersigned counsel to withdraw as counsel in this matter for Defendants/Appellants, Alexander Cartwright, Michael Johnson, Nancy Myers, and Tosha Dupras ("Appellants"), and in support states:

1. Katherine W. Katz desires to withdraw as counsel in this matter for Appellants. Katherine W. Katz has been listed as one of the attorneys for Appellants on the briefs submitted to this Court but has not appeared before this Court or filed a notice of appearance as counsel of record. Katherine W. Katz was, and presently is, counsel of record for Appellants in the underlying District Court action and has filed a motion seeking to withdraw as counsel therein on this date.

2. There are no irreconcilable differences between movant and Appellants. The undersigned counsel's last day with GrayRobinson is October 2, 2026, and she has accepted a position with another law firm.

3. Katherine W. Katz certifies that Appellants have no objection and consent to the withdrawal of the undersigned counsel.

4. No party will be prejudiced by the withdrawal, as Appellants continue to be represented in this matter by GrayRobinson, P.A.'s attorneys Richard L. Barry (lead counsel) and Kristie Hatcher-Bolin.

**WHEREFORE**, Katherine W. Katz, respectfully requests that this Honorable Court enter an Order granting her withdrawal as counsel for Appellants, and directing the Clerk of Court to remove Katherine W. Katz from the service list in this matter.

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS**

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 281 words.

2. This document complies with the typeface and style requirements of Fed. R. App. P. 27(d)(1)(E) because this document has been prepared in a proportionally spaced typeface in 14-point Times New Roman font.

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was electronically filed on September 30, 2026, using the ECF system which will automatically transmit a copy to:

Charles Negy
c/o David R. Osborne, Esq.
Goldstein Law Partners, LLC
200 School Alley, Suite 5
Green Lane, PA 18054
dosborne@goldsteinlp.com

Co-counsel for Charles Negy
c/o Joshua Engel, Esq.
Engel & Martin, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
engel@engelandmartin.com
*Counsel for Plaintiff/Appellee*

**GRAY ROBINSON, P.A.**

***/s/ Katherine W. Katz***
KATHERINE W. KATZ
Florida Bar No.: 1022526
Katherine.Katz@gray-robinson.com
GRAY ROBINSON, P.A.
Post Office Box 3068
Orlando, Florida 32802-3068
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
*Counsel for Defendants/Appellants Cartwright, Dupras, Johnson, and Myers*

**GRAY ROBINSON, P.A.**

***/s/ Kristie Hatcher-Bolin***
KRISTIE HATCHER-BOLIN
Florida Bar No.: 521388
Kristie.Hatcher-Bolin@gray-robinson.com
GRAY ROBINSON, P.A.
One Lake Morton Drive
Lakeland, Florida 33801
Telephone: (863) 284-2251
Facsimile: (863) 683-7462
*Counsel for Defendants/Appellants Cartwright, Dupras, Johnson, and Myers*